Harold D. Kraft for Appellant.

Schell & Delamer for Respondents.

THE COURT.— The respondents having filed their motion to dismiss the appeal in the above-entitled cause, supported by a certificate of the clerk of the superior court setting forth the facts required by rule VI of this court, and it appearing that all of the grounds stated in the motion are supported by the said certificate and by the authorities cited,

It is hereby ordered that this appeal be, and it hereby is, dismissed.

[Civ. No. 12846. Second Appellate District, Division Two.—September 30, 1940.]

ALICE GERTRUDE ELSOM, Appellant, v. BROOKS CLOTHING OF CALIFORNIA, LTD. (a Corporation), et al., Respondents.

Henry M. Lee for Appellant.

George L. Greer and James V. Brewer for Respondents.

THE COURT.— The respondents having served and filed their motion to dismiss the appeal in the above-entitled matter, supported by a certificate of the clerk of the superior court setting forth the facts required by rule VI of this court, and it appearing that all of the grounds stated in the

810

motion are supported by the said certificate and by the authorities cited,

It is hereby ordered that the appeal be, and the same hereby is, dismissed.

[Civ. No. 12848.   Second Appellate District, Division Two.—September 30, 1940.]

JOHN A. MacCLOSKEY, Appellant, v. RAY KRUEGER et al., Respondents.

Lawrence Hall and Havelock Fraser for Appellant.

Joseph A. Ball and Robert E. Krause for Respondents.

THE COURT.— The respondents having filed their motion to dismiss the appeal in the above-entitled matter, supported by a certificate of the clerk of the superior court setting forth the facts required by rule VI of this court, and it appearing that all of the grounds stated in the motion are supported by said certificate and by the authorities cited,

It is hereby ordered that this appeal be, and it hereby is, dismissed.